FILED
CLERK, U.S. DISTRICT COURT
4/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Amazon.com, Inc.
PLAINTIFF/PETITIONER,
v.
Demick Lee
DEFENDANT(S).

CASE NUMBER
2:20-cv-03718-DSF(KSx)

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, __Demick Lee__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __June 2018 $4,000__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes ☒No
    b. Rent payments, interest or dividends?              ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
    d. Gifts or inheritances?                             ☐Yes ☒No
    e. Any other income (other than listed above)?        ☐Yes ☒No
    f. Loans?                                             ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __golden state advantage__


3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration. golden state advantage

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: golden state advantage

5. In what year did you last file an Income Tax return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: golden state advantage

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California — State
Los Angeles — County (or City)

I, Derrick Lee, declare under penalty of perjury that the foregoing is true and correct.

April 20, 2020 — Date
[Signature] — Plaintiff/Petitioner (Signature)

[Image of Golden State Advantage card showing number 3570 1146]

*please fill out hearing date for me, time, place, dept, room motions*

Dear Federal Agent/Clerk,

here is my fee waiver filled out (ebt), I have 3 pending motions and since i cannot file in-person, rule 65(b)(4) Motion to Dissolve. On 2 days' notice to the party who obtained the order without notice—or on shorter notice set by the court—the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires, I would like to have all 3 motions heard on date, May 1, 2020 or May 4, 2020, i also sent 2 proofs of service for each date up to April 23, 2020. please mail me back 1x conformed copy, or 1x filed stamped copy so i can file a notice of removal in superior court upon fee waiver.

i have enclosed 2x copies.

A NOTICE OF REMOVAL MAY BE FILED 30 DAYS AFTER THE DEFENDANT'S RECEIPT, THROUGH SERVICE OR OTHERWIDE, OF A COPY OF AN AMENDING PLEADING, MOTION, ORDER OR OTHER "PAPER" FROM WHICH IT FIRST MAY BE ASCERTAINED THAT A CASE IS ONE THAT IS OR HAS BECOME REMOVABLE.

COVID-19 Notice

The United States District Court for the Central District of California has activated its Continuity of Operations Plan ("COOP"), effective March 23, 2020 through and including May 1, 2020 necessary to ensure the continuous performance of essential functions and operations of the Court in light of the Coronavirus (COVID-19) pandemic.

derrick lee

710 silver valley trail

walnut CA 91789

*by Apr 23*

i need new case number for my records, upon which, i can file in superior court notice of removal. notice of paper received was on March 23, 2020, of which 30 days to file up to April 23, 2020. attached hereto as Exhibit 3.

this is an emergency matter based upon 2 days motion to dissolve TRO. would like to have hearing on the earliest date possible, which would be May 1, 2020 for an emergency matter (TRO) or May 4, 2020 according to the COVID-19 notice, which i copied and pasted.

*removal to federal court*
*email: e92m3lighting@gmail.com*

Respectfuly submitted,

Derrick Lee

Dated: 4/21/2020