FILED
CLERK, U.S. DISTRICT COURT

4/23/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DD\_\_\_\_ DEPUTY

1  Derrick S. Lee
2  e92m3lighting@gmail.com
3  710 Silver Valley Trail
4  Walnut, California 91789
5  Telephone: (909) 896-1858
6  Defendant in Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amazon.com, Inc., <br> a Delaware corporation, <br><br> Petitioner, <br><br> v. <br><br> Derrick S. Lee, <br> an individual, <br><br> Respondant. | § Case No. 2:20-cv-03718-DSF(KSx) <br> § **NOTICE OF MOTION TO DISMISS PURSUANT TO** <br> § **F.R.C.P 12(b)(6) BY DERRICK S. LEE** <br> § <br> § Federal Rule of Civil Procedure 12(b)(6) <br> § <br> § <br> § <br> § Petition Filed: January 30, 2020 <br> § <br> § |

NOTICE OF MOTION TO DISMISS BY DERRICK S. LEE

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT ON April   , 2020 at 8:30AM, or as soon as thereafter as the matter can be heard, in Department:   Room:   of the above-stated court, located at 255 East Temple Street, Los Angeles, California, Defendant Derrick S. Lee, will specifically appear and move for an order from the court to dismiss case with Plaintiff's own failure to state a claim and to be precise by Nicole S. Phillis (former lawyer).

## GROUNDS FOR RELIEF

This motion is made on the ground that the Court may dismiss a case without prejudice when on the face of the petition **failed** to state a claim upon which relief can be granted.

## SUPPORTING PAPERS

This motion is based on this notice; all pleadings, papers, and records on file in this action; matters of which the Court takes judidical notice, the accompanying supporting memordandum and declaration of the defendant; and on such evidence as may be presented at the hearing.

Dated: April 17, 2020

By: 

Derrick S. Lee

Defendant in Pro Se

## DECLARATION OF DEFENDANT IN SUPPORT OF MOTION TO DISMISS

I, Derrick S. Lee, Defendant, deny all allegations.

1. This case should be dismissed without prejudice as a direct result of amazondotcom.xml a stalking backdooring Windows 7, 8, 10 virus inclusive.

2. The petition intentionally failed to state a claim upon which relief can be granted **signed** by a former Nicole S. Phillis lawyer, as a result, no relief granted in conjunction with unclean hands affirmative defense.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is and correct. Executed on April 17, 2020, Los Angeles, California.

By: _____

Derrick S. Lee

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS

In support of the attached motion to dismiss, Defendant, Derrick S. Lee, proffers the following argument and points of law:

## ARGUMENT

I. Federal Rule of Civil Procedure 12(b)(6)

- FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; AND

Plaintiff's petition must be dismissed because his legal claims are without merit since Plaintiff continues to stalk and harass defendant, despite filing a false petition. No factual proof of harm, nor factual proof of injury was provided since there doesnt exist any evidence as such hereto. The Defendant is in no way connected to Plaintiff, however Plaintiff continues to violently trepass defendant's non-company laptop on a everyday basis of which **never ceased**. Another argument is a lack of standing to sue since the defendant is actually the party entitled to an award based on proven **factual evidence** and not hearsay.

### RELIEF REQUESTED

WHEREFORE, AND FOR ALL OF THE ABOVE REASONS, defendant prays that the court grants this motion to dismiss for failure to state a claim upon which relief can be granted since there never existed any proven harm or proven injury and it is actually the defendant whom had instead proven harm and proven injury commited by Plaintiff with factual evidence such as amazondotcom.xml a stalking backdooring PC virus on all newer Windows versions. The plaintiff has the burden of proof by clear and convincing evidence, however, the plaintiff along with their pending litigation former lawyer Nicole S. Phillis didnt prove anything except getting caught **lying under oath and also under penalty of perjury** since numerous extremely violent and unspeakable **crimes** have already been commited against Respondent and as a result, after discovery will ultimately lead to imminent **arrest(s)**, **pursuant** to the governing laws of the United States of America.

Dated: April 17, 2020                                   By: _____

                                                                                Derrick S. Lee

                                                                                Defendant in Pro Se