FILED
CLERK, U.S. DISTRICT COURT
4/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

1 | Derrick S. Lee
2 | e92m3lighting@gmail.com
3 | 710 Silver Valley Trail
4 | Walnut, California 91789
5 | Telephone: (909) 896-1858
6 | Defendant in Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amazon.com, Inc., | § Case No. 2:20-cv-03718-DSF(KSx) |
| a Delaware corporation, | § **NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT** |
| | § **OBTAINED BY FRAUD** |
| Petitioner, | § |
| v. | § F.R.C.P 60(b)(3) |
| Derrick S. Lee, | § F.R.C.P 60(b)(4) |
| an individual, | § F.R.C.P 60(d)(3) |
| | § |
| Respondent. | § Petition Filed: January 30, 2020 |
| | § |
| | § |

NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT BY DERRICK S. LEE

## NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT OBTAINED BY EXTRINSIC FRAUD

PLEASE TAKE NOTICE THAT ON April , 2020 at 8:30AM, or as soon as thereafter as the matter can be heard, in Department:    Room:    of the above-stated court, located at 255 East Temple Street, Los Angeles, California, Defendant Derrick S. Lee, will specifically appear and move for an order from the court to vacate default judgment obtained by Extrinsic Fraud, to be precise by Nicole S. Phillis (former lawyer).

### GROUNDS FOR RELIEF

This motion is made on the ground that the Court may relieve a party or its legal representative from a final judgment, order, or proceeding for certain reasons under Federal Rule of Civil Procedure 60.

### SUPPORTING PAPERS

This motion is based on this notice; all pleadings, papers, and records on file in this action; matters of which the Court takes judicial notice, the accompanying supporting memorandum and declaration of the defendant; and on such evidence as may be presented at the hearing.

Dated: April 17, 2020

By: _____

Derrick S. Lee

Defendant in Pro Se

### DECLARATION OF DEFENDANT IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT

I, Derrick S. Lee, Defendant, deny all allegations.

1. On the WV-100-info form which clearly states, An Employer may seek protection under this law if: "The respondent is not engaged in constitutionally protected activity" such as case number 20WCSC00382, filed first, on January 27, 2020, which is 3 days prior to this illegally obtained ex-parte protective order filed on January 30, 2020, due to amazondotcom.xml (a stalking backdoor), the plaintiff already had notice and decided under oath and penalty of perjury with a possible risk, full knowing that illegal agreements, by their nature, will not be enforced by any Court when <u>discovered</u>. This is actually defined as extrinsic fraud.

2. On the WV-200 form, the process server (Gonzalo Ponce) signed a sworn affidavit of service with the wrong case number, this is actually extrinsic fraud again. The correct case number should be **20STRO00703**, the process server intentionally wrote 20STR000703, or fraudulent proof of service.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2020, Los Angeles, California.

By: _____

Derrick S. Lee

NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT BY DERRICK S. LEE - 2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT**

In support of the attached motion to vacate default judgment, defendant, Derrick S. Lee, proffers the following argument and points of law:

### ARGUMENT

Federal Rule of Civil Procedure 60. Relief from a Judgment or Order.

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

**(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;**

**(4) the judgment is void;**

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) Timing. A motion under Rule 60(b) must be made within a reasonable time --and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) Effect on Finality. The motion does not affect the judgment's finality or suspend its operation.

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

**(3) set aside a judgment for fraud on the court.**

(e) Bills and Writs Abolished. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

## RELIEF REQUESTED

WHEREFORE, AND FOR ALL OF THE ABOVE REASONS, defendant prays that the court grants this motion to vacate default judgment obtained by extrinsic fraud.

Dated: April 17, 2020

By: */s/ Derrick Lee*

Derrick S. Lee

Defendant in Pro Se